IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS NYHOFF,<br><br>    Defendant. | 4:22CR 3112<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 SEP 20 PM 4:39
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about September 21, 2021, in the District of Nebraska, Defendant TRAVIS NYHOFF did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney